**Ronald Paul ADAMS, Petitioner-Appellant,**

v.

**WARDEN OF the MISSISSIPPI STATE PENITENTIARY AT PARCHMAN, MISSISSIPPI, Respondent-Appellee.**

No. 71–3105

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 10, 1972.

John L. Maxey, II, Jackson, Miss. (Court-appointed), for petitioner-appellant.

A. F. Summer, Atty. Gen. of Miss., G. Garland Lyell, Jr., Asst. Atty. Gen., Jackson, Miss., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Ronald Paul Adams appeals from an order denying his petition for the writ of habeas corpus. After a hearing the district court denied the writ because of his failure to exhaust state remedies. We affirm that judgment without prejudice to the right of Adams to seek post-conviction relief in the state courts and in appropriate circumstances to seek relief in the federal courts upon exhaustion of those remedies.

Affirmed.